September 30 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| CHARLES FORCE, | ) | Case #05-10054-CIV-MOORE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY L. KOLHAGE, MARK JONES, | ) | PLAINTIFF'S RESPONSE |
| RICHARD PAYNE, DAVID L. LEVY, | ) | TO MEDIATION ORDER |
| ROBERT L. SHEVIN, GERALD B. | ) | SELECTION OF MEDIATOR |
| COPE, Jr., MELVIA B. GREEN, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO MEDIATION ORDER
## SELECTION OF MEDIATOR

Plaintiff moves the Court to designate a Mediator from the List of Certified Mediators selected on a blind rotational basis, because Plaintiff doubt's that all parties would agree on the use of any particular Mediator selected by any one party.

Respectfully Submitted

_____
Charles Force
P.O. Box 523255
Marathon Shores, Florida 33052
305-587-1901

### CERTIFICATE OF SERVICE

I certify that on Monday September 30 2005, a copy hereof was mailed to David J. Glantz, Assistant Attorney general, Civil Litigation Division, 110, SE 6th Street, 10th Floor, Ft. Lauderdale, Florida, 33301-5001; to Nathan Eden 470 Eaton St, Key West, 33040, and this original was sent via FedEx overnight courier to the Clerk of Court Room #150, UNITED STATES DISTRICT COURT at 301 N Miami Ave, Miami, Florida, 33128, and via certified mail.